UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

JAMES TYLER (#372199)    CIVIL ACTION

VERSUS    NO. 12-222-JJB-SCR

JIMMY SMITH, ET AL    MAGISTRATE JUDGE RIEDLINGER

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

<u>AFFIDAVIT IN OPPOSITION OF SUMMARY JUDGMENT</u>

James Tyler, being first duly sworn, deposes as follows: I did file a prison grievance on 7-11-11 against defendants Cain and Norwood, alleging amongst other things, that prisoners on Death Row at LSP were being gassed with chemical agents by prison staff as

corporal punishment. I also affirm that Jimmy Smith specifically told me that the reason he sprayed me with a chemical agent on August 4, 2011 was because he was angry that I filed the ARP against Cain and Norwood, and because I "embarassed him" in front of Norwood, his warden, by writing Smith a disrespectful letter concerning the behavior of his subordinate, Lt. Broussard.

I _James Tyler_ affirm that the above statement is true and correct.

Signature of affiant _James M. Ty____
Signature of Notary _Amber Schidt_ Ex-Officio Notary
Signed this _20_ day of _June_ 2012 #90067

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JAMES TYLER (#372199)  |  CIVIL ACTION
                       |  NO. 12-222-JJB-SCR
VERSUS                 |  JUDGE BRADY
                       |
JIMMY SMITH, ET AL.    |  MAGISTRATE RIEDLINGER

- - - - - - - - - - - - - - - - - - -

STATE OF LOUISIANA          AFFIDAVIT IN OPPOSITION
PARISH OF WEST FELICIANA    TO MOTION FOR SUMMARY
                            JUDGMENT

I, Dustin Dressner, being first duly sworn, deposes as follows: I previously filed an ARP on prison conditions while at Camp J. Although my ARP was solely on prison conditions, it was rejected for "multiple complaints". I verify that the attached ARP rejection notice is Authenic.
Case number - LSP-2010-3406

I, _Dustin Dressner_, affirm that the above statement is true and correct and that the attached ARP rejection document is authentic

Signature of affiant _Dustin X Dussner_

Signed this __20__ day of June, 2012

Signature of Notary _Amber Schlott_, Ex-Officio #90067

Signed this __20__ day of June, 2012

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JAMES TYLER (#372199)　　CIVIL ACTION

　　　　　　　　　　　　　NO. 12-222-JJB-SCR
VERSUS
　　　　　　　　　　　　　JUDGE BRADY

JIMMY SMITH, ET AL.　　　MAGISTRATE RIEDLINGER

---

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

**AFFIDAVIT IN OPPOSITION OF MOTION FOR SUMMARY JUDGMENT**

I, CLARENCE HARRIS, JR., being first duly sworn, deposes as follows: On August 4, 2011, I was housed in cell #2 on A-tier when Colonel Smith used pepper spray on James Tyler. My cell was approximately ten feet from the shower. While James Tyler was locked in the shower stall and being examined by medical staff, I heard him groaning loudly and telling the medic that the gas burned and

that he felt a lot of pain. Colonel Smith was standing there with the medic while James Tyler was being seen. I heard Colonel Smith say "spray him again" but I dont know why. James Tyler was not sprayed again to my knowledge.

I affirm that the above statement is true and correct.
Signature of affiant _Clarence Hall Jr._
Signature of Notary _Amber Schmitt_ Ex-Officio Notary
Date _6-20-12_                               Public #90007

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2010-3406
EVACUEE:
DOC #: 443706    BACKLOG:
LAST NAME: DRESSNER    FIRST NAME: DUSTIN
RECORD TYPE: A    SUBJECT CODE: 1004 - SAFETY/SANITATION/PEST CONTROL (AT HOUSING)
INCIDENT DATE: 11/24-12/3 2010    SUBJECT TYPE :
LSP RESPONDENT:

LSP HOUSING: CAMP J

|         | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---------|---------------|---------------|------------------|------------------|
| STEP 1: | 12/06/2010    | 12/17/2010    | 12/17/2010       | 05-Rejected      |
| STEP 2: |               |               |                  |                  |

COMPLAINT: REJECTED : OFFENDER STATES THAT HE DIDNT GET THE THINGS HE NEEDED FOR DAILY LIFE AT CAMP J. STATES THAT SOMEONE WAS GASSED AND IT MADE HIM SICK AND HE FEARS FOR HIS LIFE AT CAMP J.
IF REJECTED REASON: ARPS THAT CONTAIN MORE THAN ONE COMPLAINT IN ONE LETTER CAN NOT BE ACCEPTED.

12/06/2010

12/06/2010

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT

**INSTITUTION:** LSP

| | | | |
|---|---|---|---|
| 1. Name Of Inmate<br>*James Tyler* | 2. Number<br>*#372199* | 3. Date of Incident<br>*08/04/2011* | 4. Time Of Incident<br>*9:45Am* |
| 5. Place Of Incident<br>*Death Row A-Tier Cell #9* | 6. Job Assignment (Inmate)<br>*Ext L/D* | 7. Housing Assignment (Inmate)<br>*Death Row unit* | |
| 8. Rule Violated<br>*Defiance & Agg. Disobedience* | 9. Rule Number<br>*#3 & 5* | | |

10. Description Of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

*On the above date and approximate time I, received a letter from offender James Tyler #372199 concerning his Ramadan breakfast meal. The letter contained derogatory remarks about Lieutenant Jamie Broussard. I immediately proceeded to the Death row A-tier cell #9 that houses offender James Tyler and question him about his problem. Offender Tyler immediately started cursing Lieutenant Broussard and making uncalled for remarks and gestures in the presence of Lieutenant Broussard and myself. I, gave James Tyler a direct verbal order, to cease his cursing and uncalled for remarks, but offender Tyler continued displaying his actions. I, immediately retrieved a can of Sabre Phantom OC chemical agent and gave offender a direct verbal order to cease his disturbance. Offender Tyler refused. I was then forced to administered an approximate one second burst of the Sabre Phantom chemical agent into the cell of offender Tyler in an effort to bring him in compliance with the orders given to him.*

11. Inmate Placed in Adm. Seg.   [X] Yes   [ ] No

12. Signature of reporting employee: *Jm Jm J. Cal.*

13. Name, Title, Assignment (Print)
*Jimmy Smith, Colonel Death Row*

| 14. Date of Report<br>*08/04/2011* | 15. Time of Report<br>*9:45Am* | 16. Report (copy) given to above inmate by<br>*J.S.* | 17. Inmate's Signature<br>*Refused* |
|---|---|---|---|

18. Plea by Inmate:   [✓] Not Guilty   [ ] Guilty    19. Verdict:   [ ] Not Guilty   [✓] Guilty

20. Date of Hearing: *8/8/11*    21. Counsel Substitute: DOC#: *N/A*

22. Motions:

23. Reasons for Disposition:
[✓] Report is clear and precise.   [ ] Lack of a credible defense/little or no defense.   [✓] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.   [ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report.   [ ] The inmate presented no evidence to refute the charges.
[ ] The investigative officer's testimony was deemed more truthful and accurate than the inmate's.   [ ] Plea bargain.
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

**RECEIVED AUG 09 2011 LSP/RECORDS**

24. Reasons for Sentence:
[✓] Seriousness of offense.   [ ] The need to protect the institution, employees, or other.
[ ] Poor Conduct record. A total of ___ rule violations(s). A total of ___ Schedule B violations since ___
A total of ___ # ___ rule violations since ___
[ ] Other

*combine reports*

25. Sentence: *Camp J Management Program*   [ ] Suspended   [✓] Imposed ___ Days

26. Sentence: *2 Weeks loss Phone*   [ ] Suspended   [✓] Imposed ___ Days

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)
MEMBER

*** TO BE USED AS ADDITIONAL PAGE FOR DISCIPLINARY REPORTS ONLY WHEN NEEDED ***

LOUISIANA STATE PENITENTIARY
DISCIPLINARY REPORT

ADDITIONAL PAGE NO. _____#2_____

INMATE'S NAME: _____James Tyler_____   NUMBER: _____#372199_____

DATE: _____08/04/2011_____   TIME: _____8:45Am_____

A moment later, offender Tyler complied with all orders. Offender Tyler was given an opportunity to shower and also given a clean jumpsuit. Medical paramedic was informed about this incident. See attached letter for more information

COPY GIVEN TO INMATE BY:   REPORTING OFFICER:

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES TYLER (DOC #372199) | CIVIL ACTION |
| | NO. 12-222-JJB-SCR |
| VERSUS | JUDGE BRADY |
| JIMMY SMITH, ET AL | MAGISTRATE JUDGE RIEDLINGER |

**AFFIDAVIT IN OPPOSITION OF MOTION FOR SUMMARY JUDGMENT**

I, James Tyler, being first duly sworn deposes as follows: On August 4, 2011 I wrote Colonel Jimmy Smith a letter which contained derogatory comments about his subordinate Jamie Broussard. Jimmy Smith responded to my cell and began to question me about my letter to him. As I was calmly apologizing to Jimmy Smith he sprayed me for twenty or more seconds with a can of Sabre Phantom OC

chemical agent. It immediately cut off my air supply and gave me the intense sensation of suffocating and drowning. It made me vomit and debilitated me immediately. For approximately 15 hours the chemical agent burned my skin and mucous membranes non-stop and was excruciatingly painful. So much so that I could not sit or stand in one place for more than a few seconds. It literally felt like my body was on fire for 15 hours straight. The chemical agent burned all the skin that it came in contact with. My shirt was off at the time I got sprayed so the pain engulfed

my entire upper body. However, my eyes stopped burning after two hours or so while the rest of my upper body continued to burn leaving me in great agony for 15 hours as stated.

I affirm under the penalty of perjury that the above statement is true and correct.

Signature of affiant _[signature]_

Signature of Notary _Amber Schmidt_ Ex-Officio Notary
ID# 90067

Signed by Notary this 25 day of June, 2012

# EXHIBITS

1. AFFIDAVIT FROM JAMES TYLER CONFIRMING GREIVANCE WAS FILED AGAINST WARDEN BURL CAIN AND ANGIE NORWOOD ALLEGING GUARDS WERE USING Chemical AGENTS ON prisoners AS CORPORAl Punishment /And CONFIRMING JIMMY SMITH RETALIATED AGAINST PLAINTIFF.

2. AFFIDAVIT FROM DUSTIN DRESSNER VERIFYING POLICY PROHIBITING Multiple COMPLAINTS IN ARPS

3. AFFIDAVIT FROM CLARENCE HARRIS CONFIRMING THREAT MADE BY JIMMY SMITH

4. REJECTION NOTICE - ARP

5. AFFIDAVIT VERIFYING INJURY to PLAINTIFF

6. DISCIPLANARY REPORT