UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JAMES TYLER (#372199)

VERSUS

JIMMY SMITH, ET AL

CIVIL ACTION

NO. 12-222-SDD-SCR

**RULING**

The Court has carefully considered the petition, the record, the law applicable to

this action, and the *Report and Recommendation* of United States Magistrate Stephen

C. Riedlinger dated June 5, 2013.  Defendant Jimmy Smith has filed an objection which

the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate

Judge and adopts it as the Court's opinion herein.

Accordingly, the Plaintiff's *Cross Motion for Summary Judgment* and the

Defendant's *Cross Motion for Summary Judgment* (Rec. Docs. 58 and 48) are denied.

Baton Rouge, Louisiana, July      1      , 2013.

*Shelly D Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA