UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES TYLER (DOC #372199)** | : | CIVIL ACTION |
| | : | NO. 12-222-JWD-SCR |
| **VERSUS** | : | JUDGE DEGRAVELLES |
| **JIMMY SMITH, ET AL** | : | MAGISTRATE JUDGE RIEDLINGER |

**DEFENDANT'S BRIEF CONCERNING PEPPER SPRAY**[1]

**MAY IT PLEASE THE COURT:**

During the May 12, 2015 final pretrial conference, this Honorable Court directed undersigned counsel to find out if Sabre Phantom OC Chemical Agent is a pepper spray.

**I.   SABRE PHANTOM OC CHEMICAL AGENT IS A PEPPER SPRAY**

The defendant's Notice, which notified the Court and plaintiff that Sabre Phantom OC Chemical Agent is a pepper spray, was filed into the suit record on May 13, 2015.[2]

The defendant objects to the admission of and/or reference to the contents of any and all unauthenticated documents concerning pepper spray at the trial of this matter because the documents constitute hearsay. Also, some of the documents plaintiff seeks to admit contain irrelevant information that could mislead jurors. The objection was voiced in the defendant's Motion in Limine and also in the opposition to plaintiff's Motion for Leave to Submit a Final Exhibit List Adding to It Additional Exhibits.[3]

---

[1] Rec. Doc. 165.
[2] Rec. Doc. 159.
[3] Rec. Docs. 163 and 164.

1

## II.     SUMMARY AND CONCLUSION

For all of the foregoing reasons, any and all unauthenticated documents concerning pepper spray should not be admitted into evidence and/or referred to at the trial of this matter.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**ATTORNEY GENERAL**

BY:    s/ Stacey Johnson
       Stacey Johnson
       Bar Roll No. 27331
       Assistant Attorney General

       Louisiana Dept. of Justice
       Litigation Division
       1885 N. 3rd Street, 4th Floor
       P.O. Box 94005
       Baton Rouge, LA 70802
       Telephone: (225) 326-6402
       Facsimile: (225) 326-6495
       Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, a copy of the foregoing Defendant's Brief Concerning "Pepper Spray" was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participant:

James Tyler, DOC #372199
Louisiana State Penitentiary
Angola, Louisiana 70712

s/ Stacey Johnson
Stacey Johnson # 27331
Attorney for Defendant